UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Veronica Eshelby, individually and on behalf of all others similarly situated,

       Plaintiff,

-against-

L'Oréal USA, Inc.,

       Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/11/2022__

22 Civ. 1396 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  The Court has reviewed the parties' pre-motion letters dated April 1 and 8, 2022. ECF Nos. 22, 25. Accordingly:

1. Defendant's request to file a motion to dismiss is GRANTED;
2. By **May 16, 2022**, Defendant shall file its motion to dismiss;
3. By **June 6, 2022**, Plaintiff shall file her opposition papers; and
4. By **June 20, 2022**, Defendant shall file its reply, if any.

SO ORDERED.

Dated: April 11, 2022
   New York, New York

                 ANALISA TORRES
                United States District Judge