**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
**Veronica Eshelby**
*individually and on behalf of*
*all others similarly situated*,

                                  Plaintiff,

              -against-                        22 **CIVIL** 1396 (AT)

                                                              **JUDGMENT**

**LOreal USA, Inc.**,

                                  Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated March 27, 2023, L'Oreal's motion to dismiss is GRANTED and

Eshelby's request for leave to amend the complaint is DENIED; accordingly, the case is closed.

**Dated:** New York, New York

      March 27, 2023

                                            **RUBY J. KRAJICK**

                                        _____
                                            **Clerk of Court**

                   **BY:**

                                            _____
                                            **Deputy Clerk**